**Order entered October 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01175-CV

**SHAUN BURGESS, Appellant**

**V.**

**CASTLE KEEPERS, INC., Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01984-2012**

## ORDER

Appellant's motion for extension of time to file motion for en banc reconsideration is **GRANTED**, and the time for appellant to file his motion for en banc reconsideration is **EXTENDED** to November 4, 2013.

/s/    LANA MYERS
        JUSTICE